**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6145**

ARTURO CRUZ,

                    Plaintiff - Appellant,

          v.

SERGEANT GREER; LIEUTENANT D. COLLINS; A. P. HARVEY, Assistant
Warden; B. WATSON, Warden,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge.  (7:09-cv-00522-gec-mfu)

Submitted:  September 30, 2010        Decided:  October 8, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arturo Cruz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arturo Cruz appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cruz v. Greer, No. 7:09-cv-00522-gec-mfu (W.D. Va. Dec. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2